**Order entered June 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00209-CV

### IN RE MATTHEW GONZALEZ, Relator

**Original Proceeding from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F19-21144**

### ORDER
Before Justice Osborne, Justice Pedersen, III, and Justice Carlyle

In accordance with the Court's opinion of this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. The Court **ORDERS** the trial court (i) to **ISSUE** the writ of habeas corpus; (ii) to bring relator in person before the trial court; and (iii) to **ACCORD** the relator an evidentiary hearing on his second habeas application within **THIRTY DAYS** of this order, if it has not already been done.

A writ will issue only if the trial court fails to comply with this Order.

/s/    BILL PEDERSEN, III
       JUSTICE